UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIM CARDONA ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| TARGET CORPORATION D/B/A TARGET ) | |
| STORES, INC. ) | |
|     Defendant ) | AUGUST 3, 2022 |

## DEFENDANT TARGET CORPORATION, D/B/A TARGET STORES, INC.'s NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation d/b/a Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of New Britain at New Britain, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Corporation d/b/a Target Stores, Inc., on or about July 8, 2022, entitled <u>Kim Cardona v. Target Corporation d/b/a Target Stores, Inc., HHB-CV-22-6073752-S</u>, bearing a return date of August 16, 2022 and made returnable to the Judicial District of New Britain. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Kim Cardona, asserts claims for common law negligence against the Defendant alleging that the Plaintiff Kim Cardona sustained physical injuries and damages when she fell at the Target store in Newington, Connecticut on October 22, 2020. The Plaintiff is claiming physical injuries, some of which are alleged to be "permanent", that include her right knee and right wrist. Although liability and damages are disputed by the Defendant, any

award in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Corporation is a Minnesota corporations with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Kim Cardona is a resident, citizen and is domiciled in Berlin, Connecticut.  She provided an address of 154 Silver Island Way, Berlin, Connecticut on the Summons dated 7/1/22.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff and the matter is between Target Corporation d/b/a Target Stores, Inc., and the plaintiff, which are citizens of different states Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Corporation d/b/a Target Stores, Inc., has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation respectfully request that the above action be removed from the Superior Court, Judicial District of New Britain, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET CORPORATION, D/B/A
TARGET STORES, INC.
   /s/ Dawn Neborsky  #27985
Dawn M. Neborsky, Esq.
Kiernan Trebach LLP
40 Court Street
Boston, MA 02108
Fed. Bar No. 27985
617-426-3900
dneborsky@kiernantrebach.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of August, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              */s/ Dawn M. Neborsky*
                                              Dawn M. Neborsky

# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1   Rev. 1-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **For information on ADA accommodations, contact a court clerk or go to:** *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>20 Franklin Square, New Britain, CT 06051 | Telephone number of clerk<br>( 860 ) 515 – 5080 | Return Date *(Must be a Tuesday)*<br>08/16/2022 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session    ☐ Number: ___ | At *(City/Town)*<br>New Britain | Case type code *(See list on page 2)*<br>Major: **T**    Minor: **12** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Kennedy, Johnson, Schwab & Roberge, 555 Long Wharf Drive, 13th Fl., New Haven, CT 06511 | Juris number *(if attorney or law firm)*<br>106077 |
|---|---|
| Telephone number<br>( 203 ) 865 – 8430 | Signature of plaintiff *(if self-represented)* | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  Cardona, Kim<br>Address: 154 Silver Island Way, Berlin, CT 06037 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| **First defendant** | Name: Target Corporation d/b/a Target Stores, Inc., 900 Hartford Turnpike, Waterford, CT 06385<br>Address: Agent for Service:  CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |
| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**
1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date<br>07/01/2022 | Signed *(Sign and select proper box)*<br>*[signature]* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Brendan K. Nelligan, Esq. |
|---|---|---|---|

| If this summons is signed by a Clerk:<br>a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | *For Court Use Only*<br>File Date |
|---|---|

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

| | | |
|---|---|---|
| RETURN DATE: AUGUST 16, 2022 | : | SUPERIOR COURT |
| KIM CARDONA | : | J.D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| TARGET CORPORATION D/B/A TARGET STORES, INC. | : | JULY 1, 2022 |

## COMPLAINT

1.  On or about October 22, 2020, and for all times relevant herein, the defendant, Target Corporation d/b/a Target Stores, Inc., owned, manages, controlled, possessed, and/or maintained the premises located at 3265 Berlin Turnpike, Newington, Connecticut, including isle 14, where refrigerators are located. (hereinafter "the premises").

2.  On said date, the plaintiff, KIM CARDONA, was lawfully on said premises as an invitee of defendant, Target, at the aforesaid premises.

3.  On or about October 22, 2020, there existed a dangerous and/or unsafe condition on the premises consisting of a liquid substance on the floor of isle 14 nearby where the refrigerators are located in the building.

4.  On said date, the plaintiff was, suddenly and without warning, caused to slip and fall to the ground due to said dangerous conditions, thereby causing the plaintiff the injuries, damages, and losses as hereinafter alleged.

5.  The plaintiff, KIM CARDONA's injuries, damages, and losses were

proximately caused by the carelessness and negligence of Target Corporation, d/b/a Target Stores, Inc., its agents, servants, and/or employees, in one or more of the following ways:

(a) IN THAT it failed to inspect the premises to determine if there were any dangerous defective condition then and there existing, namely, a liquid substance on the floor which created a slipping hazard;

(b) IN THAT it failed to warn the plaintiff of the dangerous condition then and there existing, namely a liquid substance on the floor which created a slipping hazard, by appropriately marking the area with signs, visual cues, barriers, or any other reasonable method;

(c) IN THAT it allowed, caused and/or permitted the liquid substance to remain on the premises, thereby creating a danger to those on the premises, including the plaintiff;

(d) IN THAT it allowed, caused and/or permitted the liquid substance to remain on the floor, thereby creating a danger to those on the premises, including the plaintiff;

(e) IN THAT it failed to fill or otherwise remedy the liquid substance on the floor;

(f) IN THAT it failed to fix or augment the liquid substance on the floor;

(g) IN THAT it knew or should have known of the defective conditions, to wit, the liquid substance on the floor, and yet took no measures to remediate them;

(h) IN THAT it failed to blockade the floor to protect invitees from the dangerous condition then and there existing;

(i) IN THAT it knew, or in the exercise of reasonable care should have known, of the dangerous condition, yet took no measures to remediate it.

6. As a direct result of the carelessness and negligence of the defendant, Target Corporation d/b/a Target Stores, Inc., their agents, servants, and/or employees, the plaintiff sustained the following injuries and damages, from which injuries or the effects thereof the plaintiff sustained pain and suffering, and which injuries or the effects thereof are or may be permanent in nature:

(a) Right knee pain;

(b) Chondromalacia patellae of right knee;

(c) Osteoarthritis of right knee;

(d) Right wrist pain;

(e) Carpal tunnel syndrome of right wrist

(f) Nerve compression syndrome;

(g) Complex tear of triangular fibrocartilage of right wrist.

7. As a further result of the careless and negligence of the defendant, Target Corporation, d/b/a Target Stores, Inc., its agents, servants and/or employees, the plaintiff incurred medical expenses for medical care and attention, x-rays, therapy and medicines and may incur additional expenses for these items in the future.

8. As a further result of the carelessness and negligence of the defendant, Target, it's agents, servants and/or employees, the plaintiff's work, normal daily activities, and enjoyments of life have been impaired and may be so impaired and may be so impaired in the future, including loss of earnings and earning capacity.

**WHEREFORE**, the plaintiff claims money damages.

Dated at New Haven, Connecticut this 1st day of July, 2022.

THE PLAINTIFF

BY: _____
Brendan K. Nelligan, Esq.
Kennedy Johnson Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Juris No. 106077
Tel. 203-865-8430

| | | |
|---|---|---|
| RETURN DATE:  AUGUST 16, 2022 | : | SUPERIOR COURT |
| KIM CARDONA | : | J.D. OF NEW BRITAIN |
| VS. | : | AT NEW BRITAIN |
| TARGET CORPORATION | : | JULY 1, 2022 |

### STATEMENT OF AMOUNT IN DEMAND

The plaintiff claims compensatory damages within the jurisdiction of this court in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00)

THE PLAINTIFF

BY: _____
Brendan K. Nelligan, Esq.
Kennedy Johnson Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Juris No. 106077
Tel. 203-865-8430